UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RODSONGS, UNIVERSAL-POLYGRAM
INTERNATIONAL PUBLISHING, INC. AND
IMPULSIVE MUSIC,

                              Plaintiffs,

        vs.

RISTORANTE MARINARA, INC. AND SAM
MACBALE,

                              Defendants.

**Civil Action No.
1:08-CV-0828 (GLS/RFT)**

## NOTICE OF DISMISSAL

Plaintiffs in this action, through their attorneys, Hancock & Estabrook, LLP (Michael J.

Sciotti, Esq.), hereby dismiss this action, without prejudice, pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, without attorneys' fees or costs to any party. Plaintiffs believe,

upon information and belief, that no party to this action is an infant or an incompetent person.


Dated: October 2, 2008

Michael J. Sciotti, Esq.
Bar Roll Number: 501327
HANCOCK & ESTABROOK, LLP
*Attorneys for Plaintiffs*
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Tel.: (315) 425-3502
Fax: (315) 233-4379
E-mail: *msciotti@hancocklaw.com*


**SO ORDERED:**

U.S. District Judge
Date: 10/3/08

{H1000308.2}